Dwight Ross, Respondent,
against
Alla Agronin, Appellant. 




Alla Agronin, appellant pro se.
Dwight Ross, respondent pro se (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered November 16, 2017. The judgment, upon the denial of defendant's request for an adjournment of a nonjury trial and upon her failure to appear at the trial, awarded plaintiff the principal sum of $4,504.84.




ORDERED that the appeal is dismissed, except insofar as it brings up for review the denial of defendant's request for an adjournment; and it is further,
ORDERED that the judgment, insofar as reviewed, is affirmed, without costs.
As the facts in this action are the same as those set forth in Ross v Agronin (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2018-1064 Q C], decided herewith), the judgment, insofar as reviewed, is affirmed for the reasons stated in that case. 
WESTON, J.P., ALIOTTA and SIEGAL, JJ., concur. 

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 6, 2019